## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TANA R. CUMMINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 02-CV-4201-JPG |
| | ) | |
| STATE OF ILLINOIS, GEORGE RYAN | ) | |
| former Governor of the State of Illinois, | ) | |
| and ROD BLAGOJEVICH, Governor of | ) | |
| the State of Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

This matter have come before the Court, the issues have been heard, and the Court having

rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Tana R. Cummins' claim in

this case against defendant George Ryan is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff Tana R. Cummins' claim

against defendant Rod Blagojevich is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff Tana R. Cummins' claims

against the State of Illinois are hereby dismissed with prejudice.

**DATED: September 16, 2005**

**NORBERT JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:  /s/ J. Phil Gilbert**
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**

-1-