UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

TANA R. CUMMINS,

        Plaintiff,

    v.                              Case No. 02-cv-4201-JPG

STATE OF ILLINOIS,

        Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court on Objector Vicki Flatt's Motion for Case Status (Doc. 220). Specifically, Flatt asks whether this case is still set for a final approval hearing of the parties' proposed class action settlement on July 21, 2011. Indeed, this case *is* still set for a final approval hearing on July 21 at 1:30 p.m. at the Benton Courthouse, 301 West Main Street, Benton, Illinois 62812, before the undersigned judge. Moreover, Flatt will receive notice of any change in the date or time of said hearing.

The Court also notes that it has reviewed Flatt's other filings, which were docketed as Objections (Docs. 216, 218). The Court wishes to make it clear to Flatt that the *only* purposes of the July 21 hearing are as follows:

    1) To determine whether the parties' proposed Settlement Agreement (Doc. 210 - 1, 2) is fair, reasonable, and adequate for purposes of Federal Rule of Civil Procedure 23 and other relevant law;

    2) To determine whether the notice, publication notice, and notice methodology of this class action to its class members was performed fairly as directed by the Court;

    3) To determine whether the motion for attorneys' fees and costs to be filed by class counsel and their local counsel should be approved; and

    4) To determine whether the sums specified in the settlement agreement can be paid to the class members who retained claim forms.

That said, Flatt is of course free to attend said hearing and voice her opinion on the aforementioned matters. A qualified interpreter for the deaf will be present at the July 21 hearing.

For the foregoing reasons, the Court **GRANTS** the instant motion (Doc. 220) and **DIRECTS** the Clerk of Court to send Flatt a copy of the parties' Settlement Agreement (Doc. 210 - 1, 2) alongside this order.

**IT IS SO ORDERED.**
**DATED: June 13, 2011**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**