IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TANA R. CUMMINS,

    Plaintiff,

v.

STATE OF ILLINOIS,

    Defendant.

Case No. 4:02-cv-04201-JPG-PMF

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

NANCY J. ROSENSTENGEL, Clerk of Court

By:s/Deborah Agans, Deputy Clerk

DATED: December 2, 2011

APPROVED: s./ J. Phil Gilbert

**J. PHIL GILBERT**

**DISTRICT JUDGE**